JS-6

SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

KEITH ROZANSKI, SBN 232330
WHITNEY L. STEFKO, SBN 286504
**HAIGHT BROWN & BONESTEEL LLP**
2050 Main Street, Suite 600
Irvine, CA 92614-8261
Telephone: (714) 426-4600
Facsimile: (714) 754-0826
Email: wstefko@hbblaw.com

Attorneys for Defendant
PNS Stores, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa,<br><br>    Plaintiff,<br><br>vs.<br><br>PNS Stores, Inc., et al.,<br><br>    Defendants.<br>_____/ | Case No. 5:14-cv-02050-VAP-DTB<br><br>**Joint Stipulation for Dismissal** |

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Edwin Figueroa and defendant PNS Stores, Inc. hereby stipulate that the above-entitled action be dismissed without prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: February 26, 2015        DISABLED ADVOCACY GROUP, APLC

/s/  Scottlynn J Hubbard        /
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiff

Dated: February 26, 2015        HAIGHT BROWN & BONESTEEL LLP

/s/  Whitney L. Stefko        /
WHITNEY L. STEFKO
Attorney for Defendant PNS Stores, Inc.

IT IS SO ORDERED.
DATED: March 5 2015

_____
UNITED STATES DISTRICT JUDGE